**United States District Court**
For the Northern District of California

1

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

MICHAEL LOUIS OVERTON,                         No. C 12-4701 WHA (PR)

9
                    Plaintiff,                 **ORDER OF DISMISSAL**
10
        vs.
11
WARDEN, CALIFORNIA MEDICAL
12   CENTER; CALIFORNIA
     DEPARTMENT OF CORRECTIONS
13   AND REHABILITATION,

14                  Defendants.
                                          /
15

16         This pro se civil rights action was filed on September 7, 2012.  On that same day,

17   plaintiff was notified he had neither paid the filing fee nor submitted an application for leave to

18   proceed in forma pauperis.  A copy of the court's form for applications to proceed in forma

19   pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed

20   that if he did not either pay the fee or file the application within thirty days the case would be

21   dismissed.

22         No response has been received.  This case is therefore **DISMISSED** without prejudice.

23   The clerk shall close this file.

24         **IT IS SO ORDERED.**

25
     Dated: October ____25____, 2012.        _____
26                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
27

28   N:\OVERTON4701.DFP.wpd