IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 12-4701 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| WARDEN, CALIFORNIA MEDICAL CENTER; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendants. | |

Pursuant to the order of dismissal entered today, judgment is hereby entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: October   25   , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\OVERTON4701.JUD.wpd